IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ISABELLA BRISTOW, on behalf of herself and others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERIHEALTH CARITAS,<br><br>　　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 2:22-cv-00235-WB |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Originating Plaintiff Isabella Bristow ("Originating Plaintiff") and Defendant AmeriHealth Caritas Services, LLC[1] ("Defendant") have agreed to settle this Fair Labor Standards Act ("FLSA") lawsuit for a maximum of $2,500,000 per the accompanying Collective Action Settlement Agreement ("Agreement").  *See* ECF No. 45-1.  Although the Third Circuit has not specifically addressed the issue, most judges agree that FLSA collective action settlements must be judicially reviewed for fairness.  Further, unlike class action settlements under Federal Rule of Civil Procedure 23 that involve a two-step court approval process, courts routinely approve FLSA settlements in one step.  Plaintiff submits that approval of this collective action settlement is warranted.

As discussed in the accompanying brief, the instant settlement should be approved as "fair and reasonable" because it achieves an appropriate value for Ms. Bristow and the 203 Opt-

---

[1]   Plaintiff identified the incorrect legal entity in her Amended Complaint.  Plaintiff was employed by AmeriHealth Caritas Services, LLC, not AmeriHealth Caritas.

in Plaintiffs.[2]  Specifically, based on Plaintiffs' counsel's calculations, the settlement will appropriately compensate Plaintiff and Opt-In Plaintiffs for alleged unpaid overtime hours.

**WHEREFORE**, Plaintiff respectfully asks the Court to grant this motion and approve the instant settlement.  A proposed order is attached.

Date:  April 24, 2023

Respectfully,

__/s/ Deirdre Aaron_____
Peter Winebrake
Deirdre Aaron
Michelle L. Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Michael Murphy
Michael Groh
Murphy Law Group, LLC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
(267) 273-1054

*Attorneys for Plaintiffs*

---

[2]  The Parties' settlement represents a compromise of highly disputed claims on both liability and damages for the sole purpose of resolving the Action and avoiding the time and expense of further litigation.  Defendant expressly denies any liability or unlawful conduct and denies that Plaintiff and Opt-In Plaintiffs are entitled to any form of relief.